# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Shelley Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10121-DRH |
| *Tina Cadotte v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13118-DRH |
| *Lisa Elaine Carter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11997-DRH |
| *Abby Cisko v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10110-DRH |
| *Kelly Cushman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13018-DRH |
| *Elisa Fitzula v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10049-DRH |
| *Jaime Griffiths v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10737-DRH |
| *Hayley Hustedt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11466-DRH |
| *Stephanie D. Ivey v. Bayer Corporation, et al.* | No. 09-cv-20003-DRH |
| *Crystal Laird v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10899-DRH |
| *Theresa McCaffrey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10423-DRH |
| *Caitlin Murphy v. Bayer Corporation, et al.* | No. 13-cv-10192-DRH |
| *Victoria Oliver v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10920-DRH |

*Shanna Park v. Bayer HealthCare*                No. 12-cv-10404-DRH
*Pharmaceuticals Inc., et al.*

*Karyn Rivera v. Bayer HealthCare*               No. 10-cv-11213-DRH
*Pharmaceuticals Inc., et al.*

*Lynda Steigerwalt v. Bayer HealthCare*          No. 11-cv-10746-DRH
*Pharmaceuticals Inc., et al.*


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 10, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


                                    **JUSTINE FLANAGAN,**
                                    **ACTING CLERK OF COURT**


                                    **BY:   /s/*Caitlin Fischer***
                                           **Deputy Clerk**

                              Digitally signed by
                              David R. Herndon
                              Date: 2015.04.13
APPROVED:                     13:13:38 -05'00'
          DISTRICT JUDGE
          U. S. DISTRICT COURT